IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03008-BNB

CODY LEE GOOD,

    Petitioner,

v.

JAMES LeBLANC (Director),

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Cody Lee Good, is an inmate at a state prison in Louisiana. Mr. Good initiated this action by filing *pro se* a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1). On November 4, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Good to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Good to file an amended pleading on the proper form and either to pay the $5.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Good was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Good has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's November 4 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the habeas corpus petition (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Good failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  12th  day of   December  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court